8/24

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

PEDRO JESUS OTADUY-BENGOA and )
MARIA G. RAMIREZ )
)
Plaintiffss, )
)
vs. )
) No. 3:03-CV-194
JOCK COLEMAN; CHRISTI DUNCAN; )
D.L. JOHNSON; and R.M. PITTS, each )
in their individual and official capacity )
as a police officer; DAVID BEAMS, in )
his official capacity as Chief of Police; )
CITY OF OAK RIDGE, TENNESSEE; )
BILL WHITE, in his official capacity as )
Sheriff of Anderson County, Tennessee; )
ANDERSON COUNTY, TENNESSEE )
)
Defendants. )
)

## ORDER OF DISMISSAL

The parties hereby appear, by and through counsel, and submit to the Court that they have entered into an agreement whereby the Complaint of the Plaintiffs is to be dismissed with full prejudice with no admission of liability having been made by Defendants Jock Coleman, Christi Duncan, D.L. Johnson, R.M. Pitts, David Beams, or the City of Oak Ridge, Tennessee. Accordingly, it is hereby

**ORDERED, ADJUDGED, and DECREED** that the Complaint of the Plaintiffs is dismissed with full prejudice as it relates to the Defendants Jock Coleman, Christi Duncan, D.L. Johnson, R.M. Pitts, David Beams, and the City of Oak Ridge, Tennessee, with no admission of liability having been made by Jock Coleman, Christi Duncan, D.L. Johnson, R.M. Pitts, David Beams, or the City of Oak Ridge, Tennessee in this matter.

No parties shall make any recovery for costs in this cause, discretionary or otherwise, including, but not limited to, attorneys' fees.

ENTER this 26th day of Aug, 2005.

Thomas H. Phillips
JUDGE

APPROVED FOR ENTRY:

Herb Moncier
David Wigler
Attorneys for Plaintiffss
Suite 775 Bank of America Center
500 Main Avenue
Knoxville, TN 37902

Benjamin K. Lauderback
Robert H. Watson, Jr.
Attorneys for Defendants
WATSON & HOLLOW, P.L.C.
1500 Riverview Tower
900 S. Gay Street
P.O. Box 131
Knoxville, TN 37901